United States District Court
Eastern District of Michigan
Southern Division

United States of America,

    Plaintiff,

v.

Muhammad S. Awaisi,

    Defendant.

_____/

Case No. 21-20295

Honorable Victoria A. Roberts

## VERDICT FORM

We, the jury, unanimously find as to the defendant MUHAMMAD S. AWAISI:

As to **Count One** of the First Superseding Indictment, which charges conspiracy to commit an offense against the United States and to defraud the United States, we, the Jury, find the defendant:

_____ Not Guilty     ___✓___ Guilty

As to **Count Two** of the First Superseding Indictment, which charges attempted procurement of naturalization contrary to law, we, the Jury, find the defendant:

_____ Not Guilty     ___✓___ Guilty

As to **Count Three** of the First Superseding Indictment, which charges making or using a false document, we, the Jury, find the defendant:

_____ Not Guilty        \_\_✓\_\_ Guilty

As to **Count Four** of the First Superseding Indictment, which charges attempted procurement of naturalization contrary to law, we, the Jury, find the defendant:

_____ Not Guilty        \_\_✓\_\_ Guilty

As to **Count Five** of the First Superseding Indictment, which charges making or using a false document, we, the Jury, find the defendant:

_____ Not Guilty        \_\_✓\_\_ Guilty

    s/ Jury Foreperson
In compliance with the Privacy Policy adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal.
DATED:
  s/ Jury Foreperson
In compliance with the Privacy Policy adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal.
DATED: 7/26/2023